IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

JUSTIN ROBERT FONNER,

      Appellant,

 v.
                                   Case No.  5D22-300
                                   LT Case No. 2018-CF-001056-A-O

STATE OF FLORIDA,

      Appellee.
_____/

Decision filed October 4, 2022

Appeal from the Circuit Court for
Orange County,
Tarlika Teresa Nunez-Navarro, Judge.

Matthew J. Metz, Public Defender, and
Natalie R. Gossett , Assistant Public
Defender, Daytona Beach, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Roberts J. Bradford,
Jr., Assistant Attorney General, Daytona
Beach, for Appellee.

PER CURIAM.

     AFFIRMED.


SASSO, TRAVER and NARDELLA, JJ., concur.